IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00746-RPM-BNB

BPI ENERGY, INC., et al.,

Plaintiffs,

v.

IEC (MONTGOMERY), LLC, et al.,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Quash Or, In the Alternative, Modify Subpoena Duces Tecum** [Doc. # 1, filed 4/11/2008] (the "Motion to Quash"). I held a hearing on the Motion to Quash this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Quash is GRANTED IN PART and DENIED IN PART as follows:

DENIED with respect to Request No. 3 of the Subpoena Duces Tecum insofar as it calls for documents which did not originate from BPI. As to those documents, however, the parties are directed to confer pursuant to D.C.COLO.LCivR 7.1A in an attempt to reach agreement about which documents, if any, will be produced and under what terms. If the parties are not able to reach agreement, they may bring any remaining issues to my attention for ruling; and

GRANTED in all other respects, with leave for the defendants to seek the same materials directly from BPI in the underlying action.

Dated May 20, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge